IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MONROE HUTCHINSON, | 1:12-cv-01451-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| vs. | |
| D. L. McDANIEL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 6, 2012, together with a copy of his prison trust account statement. (Docs. 1, 2.) However, Plaintiff has not submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Plaintiff is not required to submit another copy of his prison trust account statement.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   September 13, 2012          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE